IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NUMBER 4:18CR232 |
| | § | |
| JOHN PURSER (1) | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The court referred this matter to the United States Magistrate Judge Christine A. Nowak pursuant to 28 U.S.C. §636(b) and Local Rules for the United States District Court for the Eastern District of Texas to determine competency. Judge Nowak conducted a hearing in the form and manner prescribed by 18 U.S.C. § 4247(d) and issued her Report and Recommendation on the Defendant's competency to proceed to sentencing. The magistrate judge recommended that the Court find Defendant competent to proceed because he understands the nature and consequences of the proceedings against him and is able to assist in his defense. See 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Christine A. Nowak are **ADOPTED**.

It is further **ORDERED** that in accordance with the Defendant's competency to proceed to sentencing, the Court finds the Defendant is competent.

**SIGNED this 30th day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE